UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MAGISTRATE JUDGE
TURNOFF

CIV - ALTONAGA
07-61469

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. _____ |
| MICHAEL H. WOLF, ROSALIE L. WOLF, and THE BANK OF NEW YORK TRUSTEE UNDER THE POOLING AND SERVICE AGREEMENT SERIES 2003-2004. | ) |
| Defendants. | ) |

FILED by _____ D.C.
INTAKE
OCT 15 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## COMPLAINT

The United States of America, by and through R. Alexander Acosta, United States Attorney for the Southern District of Florida, complains and alleges as follows:

### General Allegations

1. The United States of America brings this civil action to reduce to judgment unpaid federal income tax liabilities duly assessed against defendants Michael H. Wolf and Rosalie L. Wolf ("the Wolfs") for the tax years 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2003, and 2004.

2. Through this action, the United States also seeks to foreclose tax liens on real property belonging to the Wolfs that arose as a result of the tax assessments described in this complaint.

3. The United States brings this action pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States, with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

4.      This Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

5.      Venue properly lies in this district pursuant to 28 U.S.C. §§ 1391 and 1396 because the subject property is situated and the taxpayers reside in this judicial district.

6.      Defendants Michael H. Wolf and Rosalie L. Wolf reside in Broward County, Florida, within this Court's jurisdiction.

7.      Defendant The Bank of New York Trustee Under the Pooling and Service Agreement Series 2003-2004 ("Bank of New York Trustee") may claim an interest in the subject property by virtue of a mortgage assigned and transferred to it on or about March 14, 2003.  Bank of New York Trustee is an institution doing business within this Court's jurisdiction.

### Count I: Complaint To Reduce Tax Assessments to Judgment.

8.      The United States incorporates paragraphs 1 through 7 as if fully set forth herein.

9.      On the dates listed below, a delegate of the Secretary of the Treasury assessed federal taxes, penalties and interest against defendants Michael H. Wolf and Rosalie L. Wolf for the tax years 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2003, and 2004, and there remains due and owing the following amounts as of March 31, 2007:

| Tax Period | Assessment Date | Unpaid Assessed Balance | Accrued Interest and Penalties | Total |
|---|---|---|---|---|
| 1994 | 12/11/1995 | $17,947.55 | $19,180.46 | $37,128.01 |
| 1995 | 5/6/1996 | $14,953.76 | $14,448.51 | $29,402.27 |
| 1996 | 7/13/1998 | $6461.29 | $4644.43 | $11,105.72 |
| 1997 | 4/26/2005 | $12,139.78 | $1801.57 | $13,941.35 |
| 1998 | 4/26/2005 | $12,398.77 | $1839.99 | $14,238.76 |
| 1999 | 4/25/2005 | $34,562.07 | $5129.02 | $39,691.09 |

| 2000 | 4/25/2005 | $33,102.47 | $5003.05 | $38,105.52 |
|------|-----------|------------|----------|------------|
| 2001 | 10/31/2005 | $1648.80 | $364.27 | $2013.07 |
| 2003 | 9/11/2006 | $657.94 | $59.65 | $717.59 |
| 2004 | 9/11/2006 | $10,200.05 | $894.89 | $11,094.94 |
|      |           |            |          | **Total = $197,438.32** |

10. The United States gave notice of each assessment and made demands for payment thereof on the Wolfs.

11. Despite receiving notices of the assessments and the demands for payment, the Wolfs failed to pay the tax liabilities described in paragraph 9. The Wolfs presently owe the United States a sum of $197,438.32, plus further interest and statutory additions thereon as allowed by law to the date of payment.

### Count II: Complaint to Foreclose Tax Liens on the Real Property of Defendants Michael H. Wolf and Rosalie L. Wolf

12. The United States incorporates paragraphs 1 through 11 as if fully set forth herein.

13. The real property on which the United States seeks to foreclose is located at 12660 Northwest 14th St., Coral Springs, Florida 33071 and is more fully described as:

> Lot 5, Block A, FAIRWATS SOUTH, according to the plat thereof, as recorded in Plat Book 150, Page 13, of the Public Records of Broward County, Florida.

14. Together with Rosalie Wolf's parents, Bernard and Jutta Lewkowicz, the Wolfs originally acquired the Subject Property by Warranty Deed on or about March 11, 1993. On or about December 19, 1997, the Wolfs transferred their interest in the property by Quit Claim deed to the Lewkowiczes. On or about March 6, 2003, the Lewkowiczes transferred the property by Warranty Deed to Nicky Gruenbaum. Gruenbaum transferred the property back to the Wolfs by Quit Claim Deed on or about March 19, 2003.

15. On March 6, 2003, Gruenbaum obtained a mortgage in the amount of $389,500 from Countrywide Home Loans, Inc. Countrywide Home Loans assigned all of its interest in the mortgage to Bank of New York Trustee on or about March 14, 2003.

16. On the date of the assessments identified in paragraph 9, liens arose in favor of the United States and attached to all property and rights to property, whether real or personal, belonging to the Wolfs pursuant to 26 U.S.C. § 6321.

17. A delegate of the Secretary of the Treasury recorded on May 14, 2007, in the County Courthouse for Broward County, Florida, a notice of federal tax lien against the Wolfs with respect to the assessments made for the tax years 1994 and 1995.

18. A delegate of the Secretary of the Treasury recorded on August 17, 1998, in the County Courthouse for Broward County, Florida, a notice of federal tax lien against the Wolfs with respect to the assessments made for the tax year 1996.

19. A delegate of the Secretary of the Treasury recorded on January 13, 2006, in the County Courthouse for Broward County, Florida, a notice of federal tax lien against the Wolfs with respect to the assessments made for the tax years 1997, 1998, 1999, and 2000.

20. A delegate of the Secretary of the Treasury recorded on May 18, 2006, in the County Courthouse for Broward County, Florida, a notice of federal tax lien against the Wolfs with respect to the assessments made for the tax year 2001.

21. A delegate of the Secretary of the Treasury recorded on November 11, 2006, in the County Courthouse for Broward County, Florida, a notice of federal tax lien against the Wolfs with respect to the assessments made for the tax years 2003 and 2004.

WHEREFORE, the United States requests that the Court:

A. Enter judgment against the Wolfs and in favor of the United States for unpaid income taxes for tax years 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2003, and 2004 in the amount of $197,438.32, plus further interest and statutory additions thereon as allowed by law to the date of payment;

B. Adjudge and decree that by virtue of the assessments identified and described above, the United States has valid and subsisting statutory liens that attach to all property and rights to property belonging to the Wolfs, including the subject property;

C. Order that the federal tax liens described above be foreclosed on the subject property and that the same be sold according to law, free and clear of the liens and claims of the parties herein, and that the proceeds from that sale be distributed in accordance with the Court's findings concerning the validity and priority of the parties' interests in the subject property;

D. Distribute the proceeds of the sale to the United States to apply them to the Wolfs' unpaid tax liabilities as set forth in this Complaint; and

E. Award the United States its costs incurred in connection with this action, along with such other relief as justice requires.

Dated:  October 11, 2007

Respectfully Submitted,

R. ALEXANDER ACOSTA
United States Attorney

*/s/ David Zisserson*

DAVID ZISSERSON   (A5501145)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-6479
Telefax:  (202) 514-9868
E-mail:  David.Zisserson@usdoj.gov

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

**MAGISTRATE JUDGE TURNOFF**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**CIV - ALTONAGA**

**DEFENDANTS**
Michael H. Wolf, Rosalie L. Wolf, and The Bank of New York Trustee Under the Pooling and Service Agreement Series 2003-2004

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Broward County**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**07-61469**

FILED by _W_ D.C.
INTAKE
OCT 15 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

(c) Attorney's (Firm Name, Address, and Telephone Number)
David Zisserson, Trial Attorney, U.S. Department of Justice, Tax Division
P.O. Box 14198, Washington, DC 20044 (202) 514-6479

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:07CV61469-altonaga

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Turnoff

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 U.S.C. Secs. 7401, 7403
Brief description of cause:
Obtain judgment for federal income taxes; foreclose tax liens on real property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 197,438.32
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 10/11/07
SIGNATURE OF ATTORNEY OF RECORD
David Zisserson

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT Gov't APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____